[Dkt. Ent. 52]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

## CAMDEN VICINAGE

| | |
|---|---|
| COALET LOWE,<br><br>           Plaintiff,<br><br>   v.<br><br>MEDCO HEALTH SOLUTIONS OF WILLINGBORO, LLC.,<br><br>           Defendant. | Civil No. 10-4823 (RMB/AMD)<br><br>**ORDER** |

    THIS MATTER having come before the Court upon a motion for summary judgment by Defendant Medco Health Solutions of Willingboro, Inc. ("Defendant"), [Dkt. Ent. 52]; and

    THE COURT NOTING that it previously reserved judgment on Defendant's motion for summary judgment on Count III of Coalet Lowe's ("Plaintiff") Amended Complaint; and

    THE COURT FURTHER NOTING that Defendant seeks both (1) summary judgment on Count III of Plaintiff's Amended Complaint; and (2) and denial of punitive damages as a remedy for Count II and III of Plaintiff's Amended Complaint; and

    THE COURT having considered the moving papers, as well as those submitted in opposition and reply, and all accompanying

1

materials including supplementary briefings; and

    FOR THE REASONS set forth in the Opinion issued herewith,

    IT IS on this **19th** day of **June 2012**, hereby **ORDERED** that the Court **denies** Defendant's motion for summary judgment with respect to Count III, which alleges a violation of the New Jersey Law Against Discrimination, and **denies** Defendant's motion to preclude Plaintiff from seeking punitive damages.

                                       s/Renée Marie Bumb
                                       RENÉE MARIE BUMB
                                       UNITED STATES DISTRICT JUDGE